# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEID BANIASADI,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, Warden of Desert View Facility,<br><br>Respondent. | Case No: 5:26-cv-01275-MWF-DSR<br><br>**PRELIMINARY INJUNCTION** |

On March 25, 2026, the Court issued an Order Granting Petitioner's Ex Parte Application for a Temporary Restraining Order.  (Docket No. 8).  The Court further issued an Order to Show Cause as to why the Temporary Restraining Order should not be converted into a Preliminary Injunction.  (Docket No. 9).

On April 17, 2026, having reviewed the response to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondent is **ENJOINED** from re-detaining Petitioner unless he complies with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

**IT IS SO ORDERED.**

Dated:  April 17, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
PRELIMINARY INJUNCTION